UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HENRY VERN FOX,

      Plaintiff,

  v.

HENRY RICHARDS, *et al.,*

      Defendants.

Case No.  C06-5063 RBL/KLS

ORDER GRANTING PLAINTIFF'S REQUEST FOR COPIES OF AMENDED COMPLAINT

    This 42 U.S.C. § 1983 civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Before the Court is Plaintiff's request for copies of his Amended Complaint. (Dkt. # 15).

    Accordingly, the Clerk of the Court is directed to send two copies of the Amended Complaint to Plaintiff.

    Plaintiff will have 120 days from the date of this order to perfect service.

    DATED this 23rd  day of October, 2006.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1