HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY FOX,

          Plaintiff,

    v.

DR. RICHARDS,

          Defendant.

Case No. C06-5063RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's "Appeal" [Dkt. #22] of Magistrate Judge Karen L. Strombom's Order Denying Motion for Appointment of Counsel [Dkt. #21].

Having considered the entirety of the records and file herein, the Court rules as follows:

This matter has been referred to Magistrate Judge Strombom under 28 U.S.C. § 636. Under Fed. R. Civ. P. 72(a), the non-dispositive order of a magistrate judge to whom the matter has been referred for practical matters may be reviewed by the District Court upon the objection of a party. The Court construes Mr. Fox's "appeal" in this instance to be such an objection.

Magistrate Judge Strombom correctly determined that plaintiff is not entitled to the appointment of counsel; therefore, plaintiff's "appeal"/objection is **DENIED.**

1  **IT IS SO ORDERED.**

2  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing

3  pro se.

4  Dated this 20th day of January, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE