1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

HENRY VERN FOX,

7

Plaintiff,                                    Case No. C06-5063 RBL/KLS

8

v.                                         ORDER ADOPTING REPORT AND
RECOMMENDATION

9

HENRY RICHARDS, *et al.*,

10

Defendants.

11

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.

12

Strombom, objections to the Report and Recommendation, if any, and the remaining record, does

13

hereby find and ORDER:

14

(1)      The Court adopts the Report and Recommendation;

15

(2)      Defendants' motion to dismiss (Dkt. # 18) is **GRANTED** as to Claims 1, 3 and 5; and

16

(3)      The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants
and to the Hon. Karen L. Strombom.

17

18

DATED this 1st day of May, 2007.

19

20

21

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

ORDER - 1