UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY VERN FOX,

    Plaintiff,

  v.

HENRY RICHARDS, *et al.,*

    Defendants.

Case No. C06-5063 RBL/KLS

ORDER TO SHOW CAUSE

This 42 U.S.C. § 1983 civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the Court is Plaintiff's motion for a temporary injunction. (Dkt. # 42). After carefully reviewing Plaintiff's motion and Defendants' response (Dkt. # 44), the Court concludes that Plaintiff shall be ordered to show cause why the Court should not find Plaintiff in violation of this Court's previous admonition that Plaintiff should not submit pleadings prepared on his behalf by Mr. Scott.

**I. DISCUSSION**

In this Court's Report and Recommendation (Dkt. # 36), Plaintiff was advised that Richard Roy Scott is in violation of the Case Management Order under which Mr. Scott litigates, that Mr. Scott has been prohibited from filing documents in other cases for other residents of SCC, and that appropriate sanctions against Mr. Scott in his litigation (Case No. C06-5340, Dkt.# 6, ¶ 8), were

ORDER - 1

being considered.  Additionally, Plaintiff was specifically advised that Mr. Scott may not file documents on Plaintiff's behalf and that any future filings submitted by Mr. Scott on Plaintiff's behalf will not be considered by the Court.

Plaintiff's motion for temporary injunction (Dkt. # 42) appears to be written in Mr. Scott's hand-writing.  If so, this is a clear violation by Mr. Scott of the Case Management Order under which he litigates and a violation by Plaintiff of this Court's Order.

ACCORDINGLY, Plaintiff is **ORDERED TO SHOW CAUSE** why the Court should not find Plaintiff in violation of this Court's previous Order that it will not consider pleadings filed on Plaintiff's behalf by Mr. Scott.  Plaintiff shall respond to this Order to Show Cause **no later than June 22, 2007**.  If Plaintiff fails to respond, the Court will consider appropriate sanctions.

DATED this 21st day of May, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2