# United States District Court

WESTERN DISTRICT OF WASHINGTON

HARRY VERN FOX

v.

DR. HENRY RICHARDS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5063RBL/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's Amended Complaint (Dkt. #13) is **DISMISSED WITH PREJUDICE.**

| August 7, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk