# United States District Court

WESTERN DISTRICT OF WASHINGTON

HARRY VERN FOX

       v.

HENRY RICHARDS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-503RBL

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

      Costs are taxed in the amount of $43.88 in favor of defendants/appellees and against plaintiff/appellant.

| | |
|---|---|
|   January 13, 2010   |   BRUCE RIFKIN   |
| Date | Clerk |
| |   *s/CM Gonzalez*   |
| | Deputy Clerk |